AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**JACOBO DIAZ-GARCIA**<br>aka Pedro Marroquin-Gomez<br>aka Erik Marroquin Marroquin<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 07-276-M-01<br><br>FILED<br>JUN 0 8 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 2, 2007__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

an alien who previously has been deported and removed from the United States, subsequent to a felony conviction in the U.S. District Court for the District of Columbia, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title __8__ United States Code, Section(s) __1326(a), (b)(1)__.

I further state that I am __Michael Kowalski, Special Agent with the Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

AUSA, Frederick Yette (202) 353-1666

Signature of Complainant
Michael Kowalski, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

JUN 0 8 2007
Date

at __Washington, D.C.__
City and State

JOHN M. FACCIOLA
MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT
### Jacobo DIAZ-GARCIA
aka Pedro Marroquin-Gomez
aka Erik Marroquin Marroquin

I, Michael Kowalski, being duly sworn, depose and state:

1. I am a Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the United States Customs Service, as well as the Immigration and Naturalization Service ("INS"). I have been employed by the Customs Service and ICE since 2000 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as a Special Agent with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records,

1

documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

6. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Jacobo DIAZ-GARCIA, aka Pedro Marroquin-Gomez, aka Erik Marroquin Marroquin ("DIAZ-GARCIA") with unlawful reentry of an alien following a felony conviction, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

7. DIAZ-GARCIA is a native and citizen of Guatemala.

8. On August 2, 1999, DIAZ-GARCIA was arrested by the Immigration and Naturalization Service, now known as ICE, near the xxxx Block of Columbia Road, NW, Washington DC for the sale of fraudulent INS documents. Agents from ICE have determined that DIAZ-GARCIA is an illegal alien in the United States, who has previously been removed from the United States following a felony conviction.

9. On September 17, 1999, DIAZ-GARCIA appeared before the Honorable Henry H. Kennedy, of the U.S. District Court for the District of Columbia, in Case No. xx-xx, and pleaded guilty to Conspiracy, in violation of 18 USC 371. On January 7, 2000, Judge

Kennedy sentenced DIAZ-GARCIA to 24 months incarceration and 3 years of supervised release. DIAZ-GARCIA served his sentence at FCI Elkton, in Ohio.

    10. On April 27, 2001, the INS issued a Final Administrative Removal Order finding that DIAZ-GARCIA was a deportable alien and ordering that he be removed from the United States to Guatemala. On May 9, 2001, DIAZ-GARCIA was deported from the United States to Guatemala pursuant to the April 27, 2001, order of removal.

    11. On May 13, 2003, DIAZ-GARCIA was arrested by INS and admitted during the interview that he had illegally re-entered the United States without permission on May 8, 2003 near Douglas, AZ, after being previously deported. The order of removal issued on April 27, 2001, was reinstated and DIAZ-GARCIA was subsequently deported to Guatemala on June 30, 2003, via Los Angeles, CA.

    12. On May 2, 2007, DIAZ-GARCIA was arrested by ICE in the xxxx block of Columbia Road N.W. in the District of Columbia.

    13. I have reviewed the files and documents associated with DIAZ-GARCIA maintained by ICE, and there is no indication that DIAZ-GARCIA has ever applied for permission to legally reenter the United States following his removal to Guatemala on May 9, 2001 and June 30, 2003. If such applications had ever been made, they would be reflected in his files maintained by ICE.

Furthermore, based upon my observation of DIAZ-GARCIA in person on May 2, 2007, and my comparison of photographs of the DIAZ-GARCIA who was deported on May 9, 2001 and June 30, 2003, I am certain that they are the same individual.

14. On May 2, 2007, in a sworn statement, Jacobo DIAZ-GARCIA admitted that he had illegally re-entered the United States near El Paso, TX, in or about November, 2006, after having been deported on June 30, 2003. DIAZ-GARCIA also admitted to having been deported to Guatemala on May 9, 2001.

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that, Jacobo DIAZ-GARCIA is an alien present in the United States who previously has been deported or removed from the United States, following a felony conviction, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States, or the Secretary of Homeland Security, to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Michael Kowalski
Special Agent
Immigration & Customs Enforcement

Sworn to and subscribed before me this \_\_\_\_\_ day of June, 2007.

4

_____
UNITED STATES MAGISTRATE JUDGE